**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **ANDREA JACKOSON CANNON** | * |
| | * |
| Plaintiff, | * |
| | *   Case No.: RWT 12cv377 |
| v. | * |
| | * |
| **WELLS FARGO BANK NA.,** *et al.* | * |
| | * |
| Defendants. | * |
| | * |

## ORDER

Upon consideration of Defendant Wells Fargo's Motion to Dismiss [ECF No. 9], Plaintiff's Motion for Leave to File Amended Complaint [ECF No. 16], Defendant Wells Fargo's Motion to Dismiss Amended Complaint [ECF No. 17], and Plaintiff's Motion for Leave to File Written Supplement to Oral Argument [ECF No. 19] and the arguments of counsel presented at the hearing conducted before the undersigned on June 8, 2012, it is, for the reasons stated in the record, this 12th day of June, 2012, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendant Wells Fargo's Motion to Dismiss [ECF No. 9] is **DENIED AS MOOT**; and it is further

**ORDERED**, that Plaintiff's Motion for Leave to File Amended Complaint [ECF No. 16] is **GRANTED**; and it is further

**ORDERED**, that Defendant Wells Fargo's Motion to Dismiss Amended Complaint [ECF No. 17] is **GRANTED**; and it is further

**ORDERED**, that Plaintiff's Motion for Leave to File Written Supplement to Oral Argument [ECF No. 19] is **DENIED**; and it is further

**ORDERED**, that the Complaint is **DISMISSED with prejudice** as to Defendant Wells Fargo; and it is further

**ORDERED**, that the Complaint is **DISMISSED without prejudice** as to Defendant QBE Specialty Insurance, Co.; and it is further

**ORDERED**, that judgment for costs be entered in favor of the Defendant Wells Fargo; and it is further

**ORDERED**, that that the Clerk is directed to close the case.

                                                    /s/
                                    ROGER W. TITUS
                         UNITED STATES DISTRICT JUDGE